**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**

**CIVIL RIGHTS COMPLAINT FORM FOR**
**PRO SE PRISONER LITIGANTS IN ACTIONS UNDER**
**28 U.S.C. § 1331 or § 1346 or 42 U.S.C. § 1983**

_Ulysses Bailey III_,

Inmate ID Number: _533573_,

_(Write your full name and inmate ID_
_number.)_

**v.**

Case No.: _5:24cv90 -TKW-MJF_
_(To be filled in by the Clerk's Office)_

_____,

_____,

**Jury Trial Requested?**
☒ YES   ☐ NO

_____,

_(Write the full name of each_
_Defendant who is being sued. If the_
_names of all the Defendants cannot_
_fit in the space above, please write_
_"see attached" in the space and_
_attach an additional page with the_
_full list of names. Do not include_
_addresses here.)_ (("See Attached"))

FILED USDC FLND PN
MAY 9 '24 AM 10:28

<u>Attached</u>

Names of each Defendants

The Office of Inspector General
The Inspector General (On this case)
Regional Director Angela Gordon
Regional Director James Perdue
The On-call Supervisor/The Emergency Action Center
Grievance Cordinator
Prison Inspector
The Assistant Deputy Secretary of Institutions A. Johns
Warden Glenn Hancock
Warden Floyd
Warden Hollands
Warden Barfield
colonel colone
major white
major marshel
Captain BROWN
Captain TRACY Comines
Lt. B.N. Gonzalez
Sgt. Cody
Sgt. Fields
Officer Gillett
Officer I. Gonzalez
Officer Freeman
Officer Canday Brown
Onduty Nurse (that night) 10/28/2023
Onduty Nurse (that night) 10/28/2023
mental Health - Ms Blackshepr
Sgt. Darling

# I. PARTIES TO THIS COMPLAINT

### A. Plaintiff

Plaintiff's Name: _Bailey, Ulysses III_    ID Number: _533573_

List all other names by which you have been known: _____

_____

Current Institution: _Jackson Correctional Institution_

Address: _5563 10th street   malone, florida 32445-3144_

_____

### B. Defendant(s)

State the name of the Defendant, whether an individual, government agency, organization, or corporation. For individual Defendants, identify the person's official position or job title, and mailing address. Indicate the capacity in which the Defendant is being sued. Do this for **each and every** Defendant:

1. Defendant's Name: _Mr. Floyd_

   Official Position: _Warden Floyd_

   Employed at: _Department of Correction_

   Mailing Address: _____

   _____

   ☒ Sued in Individual Capacity          ☒ Sued in Official Capacity

Defendant's Name: A. Johns
Official Position: The Assistent Deputy Secretary of Institution
Employed At: Department of Correctitions
mailing address:
☒ Sued in Individual Capacity    ☒ Sued in Offical Capacity

Defendant's Name:
Official Position: The Office of Inspector General
Employed At: Department of Correction
mailing address:
☒ Sued in Individual Capacity    ☒ Sued in Offical Capacity

Defendant's Name: Angela Gordon
Official Position: Regional Director (Region 1)
Employed At: Department of Correctition
mailing address:
☒ Sued in Individual Capacity    ☒ Sued in Offical Capacity

Defendant's Name: James Perdue
Official Position: Regional Director (Region 2)
Employed At: Department of Correctition
mailing address:
☒ Sued in Individual Capacity ☒ Sued in Offical Capacity

Defendant's Name:
Official Position: The On-call supervisor /district Supervisor
Employed At: Department of Correction
mailing address:
☒ Sued in Individual Capacity ☒ Sued in Offical Capacity

Defendant's Name:
Official Position: the Emergency Action Center
Employed at: Department of Correction
mailing address:
☒ Sued in Individual Capacity   ☒ Sued in Official Capacity

Defendants Name:
Official Position: Grievance Coordinator
Employed at: Department of Correction
mailing address:
☒ Sued in Individual Capacity   ☒ Sued in Official Capacity

Defendant's Name:
Official Position: Prison Inspector
Employed at: Department of Correction
mail address:
☒ Sued in Individual Capacity   ☒ Sued in Official Capacity

Defendants Name: Colen Hancock
Official Position: Warden Colenn Hancock
Employed by: Deppartment of Correction
mailing address:
☒ Sued in Individual Capacity   ☒ Sued in Official Capacity

Defendants Name: Barfield
Official Position: Warden Barfield
Employed by: Deppartment of Correction
mailing address:
☒ Sued in Individual Capacity   ☒ Sued in Official Capacity

Defendant's Name: colone
Official Position: Colonel colone
Employyed at: Department of Correctition
mailing address:
☒ Sued in Individual Capacity   ☒ Sued in Official Capacity

Defendant's Name: — white
Official Position: Major white
Employed at: Department of Correctition
mailing address:
☒ Sued in Individual Capacity   ☒ Sued in Official Capacity

Defendant's Name: — marshel
Official Position: Major Marshel
Employed at: Department of Correction
mailing address:
☒ Sued in Individual Capacity   ☒ Sued in Official Capacity

Defendant's Name: — Brown
Official Position: Captain Brown
Employed at: Department of Correction
mailing address:
☒ Sued in Individual Capacity   ☒ Sued in Official Capacity

Defendant's Name: TRACY Gaines
Official Position: Captain T. Gaines
Employed at: Department of Correctition
mailing address:
☒ Sued in Individual Capacity   ☒ Sued in Official Capacity

Defendants Name; B. N. Gonzalez
Official Position; Lt. B.N. Goonzalez
Employed at; Department of Correctition
mailing address;
☒ Sued in Individual Capacity  ☒ Sued in Official Capacity

Defendants Name;      Gillet
Official Position; Sgt. Gillett
Employed at; Department of Correction
mailing address;
☒ Sued in Individual Capacity  ☒ Sued in Official Capacity

Defendants Name;     Cody
Official Position; Sgt. Cody
Employed at; Department of Correction
mailing address;
☒ Sued in Individual Capacity  ☒ Sued in Official Capacity

Defendants Name;    DARLING
Official Position; Sgt. Darling
Employed at; Department of Correction
mailing address;
☒ Sued in Individual Capacity  ☒ Sued in Official Capacity

Defendants Name; I. Gonzalez
Official Position; Officer I. Gonzalez
Employed at; Department of Correctition
mailing address;
☒ Sued in Individual Capacity  ☒ Sued in Official Capacity

Defendants Name;  — Freeman
Official Position; Officer Freeman
Employed at; Department of Correctition
mailing address;
☒ Sued in Individual Capacity  ☒ Sued in Official Capacity

Defendant's Name: — fields
Offical Position: Officer fields
Employed At: Department of Correctition
mailing Address:
☒ Sued in Individual Capacity ☒ Sued in Official Capacity

Defendants's Name: Depratment of Correctitional
Offical Position: goverment agency, organzation, corportion.
Employed At:
mailing address:
☒ Sued in Individual Capacity   ☒ Sued in Official Capacity

Defendants's Name: — Blackshear
Offical Position: mental Health (Head of SMS Blackshear
Employed At: Department of Correctition
mailing address:
☒ Sued in Individual Capacity   ☒ Sued in Official Capacity

Defendants's Name:
Official Position: Nurse On-call
Employed At: Department of Correctition.
mailing address:
☒ Sued in Individual Capacity ☒ Sued in Official Capacity

Defendants's Name
Official Position

Defendant's Name

2. Defendant's Name: _Hollins_____

Official Position: _Warden Hollins_____

Employed at: _Department of Correcfition_____

Mailing Address: _____

_____

☒ Sued in Individual Capacity        ☒ Sued in Official Capacity

3. Defendant's Name: _____

Official Position: _____

Employed at: _____

Mailing Address: _____

_____

☐ Sued in Individual Capacity        ☐ Sued in Official Capacity

(*Provide this information for all additional Defendants in this case by attaching additional pages, as needed.*)

## II.  BASIS FOR JURISDICTION UNDER 28 U.S.C. § 1331 or § 1346

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution" and federal law. Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

Are you bringing suit against (*check all that apply*):

☐ Federal Officials (*Bivens case*)    ☒ State/Local Officials (*§ 1983 case*)

## III. PRISONER STATUS

Indicate your confined status:

☐ Pretrial Detainee    ☐ Civilly Committed Detainee

☒ Convicted State Prisoner    ☐ Convicted Federal Prisoner

☐ Immigration Detainee    ☐ Other (*explain below*):

_____

_____

## IV. STATEMENT OF FACTS

Provide a short and plain statement of the ***facts*** showing why you are entitled to relief. Describe how ***each*** Defendant was involved and what each Defendant did, or did not do, in support of your claim. Identify when and where the events took place, and state how each Defendant caused you harm or violated federal law. Write each statement in short, numbered paragraphs, limited as far as practicable to a single event or incident. ***Do not make legal arguments, quote cases, cite statutes, or reference a memorandum.*** You may make copies of page 6 if necessary to supply all the facts. Barring extraordinary circumstances, no more than five (5) additional pages should be attached. Exhibits attached to

the complaint will count as part of your page limitation. Therefore, do not attach irrelevant or unnecessary exhibits. Facts not related to this same incident or issue must be addressed in a separate civil rights complaint.

I am entittled to Relief Because the employees of D.O.C. violated my legal Rights while Acting within the scope of there employment, Refusing to Perform there duties any reasonable person or employee would do. The Warden; I.G. Offices; I.G.; The Regionel Directors; Grievance Cordinator; Prison Inspector; Assitant Deputy Secretary of Institution, A. Johns. After being informed of the violations through a Report or Appeal Failed to Remedy the wrong And Covered Up like it never happened. The Defendant's created a policy and custom under which unconsti-tional practices occurred, Allowing the continuance of such A policy and unconstitutional practices occured was grossly negligent in Suppervising Subordinates who committed the wrongful acts.    On the night of 10/28/2023, Iulysses Bailey had The Employees of Jackson Correctional Institution malicious-ly And Sadistically caused Great Deadly harm to my person by Bruttly Beating me till I died and had to be brought back to

**Statement of Facts Continued** (*Page 2 of 4*)

~~48 Life.~~ Kicked Out my Top and bottom teeth, Broke my Jaw and Eye socket, dislocated my shoulder. Beat me so Bad that my heart stopped twice and had to be Revived, Kicked me till the skin On my head started Ripping. Then put me in a helochopper to the Hospital. Just to have the Hospital inform them that the damage was to much and I will have to be transported 3 hrs. to Pensacola Hospital to have specialist work On me. GRM 0397 bar code 100016318 3008265432. I have been informing The Regional Director's and Outside Forces of this Assault on my Person. The U.S. Department of Justice Civil Rights Division Report #404318-DMm. The FDLE Richard Swearing (commissionare) Office of General Counsel #850-410-7676. Ive Exhausted any and all available administrative Remedies. All Other Grievances have been distroyed, lost, or Not even processed. All participants (Defendants) Refused to fill Out the forms needed to fix this unjustly act. DC6-230; 210a. shift supervisor failed to perform duties, form DC6-230 as the wardens Refused to act

**Statement of Facts Continued** (*Page* 3 *of* 4 )

Or Notifie proper channels DC4-701; DCC4-708. proceducal Violations.

medical/didn't notify the shift supervisor of the circumstances necessitating transport within the 24hrs. of Use of Deadly Force. Never Recording any obsecavation and medical Action taken. Forms DC4-210C Emergency Room Records And Form DC4-708 Diagram of Injury Including the designees presence or non presence of Injurys. Jackson Correctional Institution, Never Helped Nor Protected me, As I've been asking for. No Report of Force Used. Form DC6-230 maybe be altered change or distroyed by any employee. Were the all the pertinent information and Required documentations. The Emergency Action Center and Tip line, me and my family have been calling foiled to Act On Forms DC6-230 draft of a Report of Force Used. Exhibated dieliberate indifference to the Rights, by failing to Act On information indicating that unconstitutional acts were occurring. Each Participants of the deadly Use of Force because I died At there

**Statement of Facts Continued** (*Page 4 of 4* )

hands and negligens, Never filling Out an Use of force Inci-
dent Report DC6-210A of there Assault and Batterie and
negligents. Officers: freeman; I. Gonzalez; fields; Gillett;
Sgt. Darling; Sgt. Cody; Lt. B. N. Gonzalez; Captain Brown; major
marshel; major white; colonel. colone; and D.O.C. is held liable
for my physical and mental suffering.          Relief seeking.
Charges brought for my Assault & Batterie, Payment for Death and
lost Body parts and the repair of the fixable. $90 thousands a piece
for all Under Warden. total of $390.000⁰⁰ and $50 thousand for
Warden On Up. total of $450.000⁰⁰ and under Offical Capacity
$200.000⁰⁰ from the Department of Correctional Institution for the
negligent Actions of its supervisors instrusted with my safety.
I also want my day In court with an fast and speedy Trial. I also
want to be placed Out of this Region (1)&(2), for safety measures,
All these officers have family and friends that work up in these
parts of florida.   In the End An Grand total of : $1.090.000⁰⁰
I have placed all my copy's of Grevieces as evidence inside.

## V. STATEMENT OF CLAIMS

State what rights under the Constitution, laws, or treaties of the United States have been violated. Be specific. If more than one claim is asserted, number each separate claim and relate it to the facts alleged in Section IV. If more than one Defendant is named, indicate which claim is presented against which Defendant.

Defendants violated state and federal laws, plus constitutional Amendment VIII cruel, corporal or unusual punishment. The State Employees maliciously and Sadistically to cause harm and tryed to cover it up, while acting within the scope of this and her employment

## VI. RELIEF REQUESTED

State briefly what relief you seek from the Court. Do not make legal arguments or cite to cases/ statutes. If requesting money damages *(either actual or punitive damages)*, include the amount sought and explain the basis for the claims.

Relief Requested - Actual for property lost or stolen $1,800.00 punitive damages - $1,090,000.00 for the officers and D.O.C. negligent acts, That left ~~me~~ Great and Deadly harm, Cover Ups, And scarring for life. Also charges brought.

## VII.   EXHAUSTION OF ADMINISTRATIVE REMEDIES

The Prison Litigation Reform Act ("PLRA") requires prisoners to exhaust all available administrative remedies (*grievance procedures*) before bringing a case. 42 U.S.C. § 1997e(a). **ATTENTION:** *If you did not exhaust available remedies prior to filing this case, this case may be dismissed.* If the case is dismissed for failure to exhaust or for any reason, you will still be required to pay the full filing fee and the dismissal may count as a "strike" under 28 U.S.C. § 1915(g). Therefore, please consider whether you have fully exhausted your remedies before proceeding with this action.

## VIII.  PRIOR LITIGATION

*This section requires you to identify your prior litigation history.  Be advised that failure to disclose all prior state and federal cases—including, but not limited to civil cases, habeas cases, and appeals—may result in the dismissal of this case.   You should err on the side of caution if you are uncertain whether a case should be identified.*

**ATTENTION:** *The "three strikes rule" of the PLRA bars a prisoner from bringing a case without full payment of the filing fee at the time of case initiation if the prisoner has "on three or more prior occasions, while*

*incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).*

A.  Have you had any case in federal court, including federal appellate court, dismissed as frivolous, as malicious, for failure to state a claim, or prior to service?

☐ YES    ☑NO

If "Yes," identify the case number, date of dismissal, and court for each case:

1.  Date:_____Case #: _____

    Court: _____

    Reason: _____

2.  Date:_____Case #: _____

    Court: _____

    Reason: _____

3.  Date:_____Case #: _____

    Court: _____

    Reason: _____

*(If necessary, list additional cases on an attached page)*

B.  Have you filed other lawsuits or appeals in ***state or federal court*** dealing

with the same facts or issue involved in this case?

☐ YES ☒ NO

If "Yes," identify the case number, parties, date filed, result (*if not still*

*pending*), name of judge, and court for each case (*if more than one*):

1.  Case #:_____Parties: _____

    Court:_____Judge: _____

    Date Filed:_____Dismissal Date (*if not pending*): _____

    Reason: _____

2.  Case #:_____Parties: _____

    Court:_____Judge: _____

    Date Filed:_____Dismissal Date (*if not pending*): _____

    Reason: _____
    *(If necessary, list additional cases on an attached page)*

C.  Have you filed any other lawsuit, habeas corpus petition, or appeal in

***state or federal court*** either challenging your conviction or  relating to

the conditions of your confinement?.

☐ YES  ☒ NO

If "Yes," identify all lawsuits, petitions and appeals:

1. Case #:_____Parties: _____

   Court:_____Judge: _____

   Date Filed:_____Dismissal Date (*if not pending*): _____

   Reason: _____

2. Case #:_____Parties: _____

   Court:_____Judge: _____

   Date Filed:_____Dismissal Date (*if not pending*): _____

   Reason: _____

3. Case #:_____Parties: _____

   Court:_____Judge: _____

   Date Filed:_____Dismissal Date (*if not pending*): _____

   Reason: _____

4. Case #:_____Parties: _____

   Court:_____Judge: _____

   Date Filed:_____Dismissal Date (*if not pending*): _____

   Reason: _____

5. Case #:_____Parties: _____

   Court:_____Judge: _____

   Date Filed:_____Dismissal Date (*if not pending*): _____

   Reason: _____

6. Case #:_____ Parties: _____

   Court:_____ Judge: _____

   Date Filed:_____ Dismissal Date (*if not pending*): _____

   Reason: _____

   (***Attach additional pages as necessary to list all cases.***)

## IX. CERTIFICATION

1. I declare, under penalty of perjury, that all of the information stated above and included on or with this form, including my litigation history, is true and correct.

2. Additionally, as required by Federal Rule of Civil Procedure 11, I certify that to the best of my knowledge, information, and belief, this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a non- frivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

3. I understand it is my obligation to timely notify the Clerk's Office if there is any change to my mailing address and that my failure to do so may result in a dismissal of the action.

Date: 5/5/24   Plaintiff's Signature: *Ulysses Bailey III O.C.# 533573*

Printed Name of Plaintiff: *Ulysses Bailey III DC#533573*

Correctional Institution: *Jackson Correctional Institution*

Address: *5563 10th street. malone, Florida 32445-3144*

_____

**I certify and declare, under penalty of perjury, that this complaint was (*check one*) □ delivered to prison officials for mailing or □ deposited in the prison's mail system for mailing on the 5 day of 5, 20 24.**

Signature of Incarcerated Plaintiff: *Ulysses Bailey III DC#533573*

PROVIDED TO
JACKSON C.I. ON

MAY 0 6 2024

FOR MAILING



# U.S. Department of Justice
# Civil Rights Division

*Washington, DC 20530*

February 1, 2024

Ulysses Bailey #533573
Washington Correctional Institution
4455 Sam Mitchell Dr
Chipley, FL 32428

Dear Ulysses Bailey #533573,

You contacted the Department of Justice on December 14, 2023. After careful review of what you submitted, we have decided not to take any further action on your complaint.

# What we did:
—

Team members from the Civil Rights Division reviewed the information you submitted. Based on this information, our team determined that the situation you described does not appear to be within the jurisdiction of the federal civil rights laws we enforce. For that reason and in the exercise of our enforcement discretion, the Division will take no further action regarding your correspondence. Even when the Division has jurisdiction over a particular matter, it is within the Division's discretion to determine whether to pursue a particular matter for various reasons including the availability of evidence, among other considerations.

Your report number is 404318-QKM.

# What you can do:
—

Your issue may be covered by other federal, state, or local laws that we do not have the authority to enforce. We are not determining that your report lacks merit.

Your state bar association or local legal aid office may be able to help with your issue even though the Department of Justice cannot.

# To find a local office:

American Bar Association
https://www.americanbar.org/groups/legal_services/flh-home
(https://www.americanbar.org/groups/legal_services/flh-home)
(800) 285-2221

Legal Services Corporation (or Legal Aid Offices)
https://www.lsc.gov/find-legal-aid (https://www.lsc.gov/find-legal-aid)

Thank you for taking the time to contact the Department of Justice about your concerns. We regret that we are not able to provide more help on this matter.

Sincerely,

U.S. Department of Justice
Civil Rights Division





U.S. Department of Justice

Washington, D.C. 20530

Official Business
Penalty for Private Use $300

27101097 JACKSON C.I.
5563 10TH STREET
MALONE, FL 32445-3114

Jack

neopost
02/06/2024
US POSTAGE $000.64⁰
US OFFICIAL MAIL
Penalty
For Private Use
ZIP 20530
041M12120108
FIRST-CLASS MAIL

Copy Save's Zed

**STATE OF FLORIDA**
**DEPARTMENT OF CORRECTIONS**

# INMATE REQUEST

Act- Penitey

Mail Number: _____
Team Number: _____
Institution: Jackson C.I.

| TO: (Check One) | ☐ Warden ☐ Asst. Warden | ☐ Classification ☐ Security | ☐ Medical ☐ Mental Health | ☐ Dental ☒ Other Grievance Coordinater |
|---|---|---|---|---|

| FROM: | Inmate Name Bailey, Ulysses | DC Number 533573 | Quarters H2121S CONF. | Job Assignment | Date 3/14/24 |
|---|---|---|---|---|---|

## REQUEST
Check here if this is an informal grievance ☒

I havent been Recieving any of the Grievances that I have been writing On the Officers Abuse pertaining to Jackson C.I. Deadly Use of force.

And Ive writen Over 6 to 7 of them, were are my Grievances. I'm use this as my proff for the courts the Jackson Correctional Institute is trying there best to cover up the beatin of me On the date of 10/28/23. when I was sent to outside Hospital with a broken Jaw, teeth Knocked out and eye socket broken. Then sent to lake butler and washinton to heal up.

I Reported the acts to the WARDEN, Asst Warden, I.G. and prison Investigater of all three NAMPS. were are my Grievances?

All requests will be handled in one of the following ways: 1) Written Information or 2) Personal Interview. All informal grievances will be responded to in writing.

104-2403-0208

### DO NOT WRITE BELOW THIS LINE

**RECEIVED MAR 18 2024 By___**

## RESPONSE
DATE RECEIVED: _____

Your grievance has been received, reviewed, and evaluated. The grievance log record was reviewed and does not reflect that the grievance coordinator has received any grievances of this nature from you.

[The following pertains to informal grievances only:
Based on the above information, your grievance is _Denied_. (Returned, Denied, or Approved) If your informal grievance is denied, you have the right to submit a formal grievance in accordance with Chapter 33-103.006, F.A.C.]

| Official (Signature): [signature] | Date: 3/19/24 |
|---|---|

Original: Inmate (plus one copy)
CC: Retained by official responding or if the response is to an informal grievance then forward to be placed in inmate's file

This form is also used to file informal grievances in accordance with Rule 33-103.005, Florida Administrative Code.

Informal Grievances and Inmate Requests will be responded to within 10 days, following receipt by the appropriate person.
You may obtain further administrative review of your complaint by obtaining form DC1-303, Request for Administrative Remedy or Appeal, completing the form as required by Rule 33-103.006, F.A.C., attaching a copy of your informal grievance and response, and forwarding your complaint to the warden or assistant warden no later than 15 days after the grievance is responded to. If the 15th day falls on a weekend or holiday, the due date shall be the next regular work day.

DC6-236 (Effective )

Incorporated by Reference in Rule 33-103.019, F.A.C.

**INMATE REQUEST**

O2A – Security

STATE OF FLORIDA
DEPARTMENT OF CORRECTIONS

Mail Number: _____
Team Number: 4
Institution: Jackson C.I.

| TO: (Check One) | ☒ Warden | ☐ Classification | ☐ Medical | ☐ Dental |
|---|---|---|---|---|
| | ☐ Asst. Warden | ☐ Security | ☐ Mental Health | ☐ Other |

| FROM: | Inmate Name Bailey, Ulysses | DC Number 533573 | Quarters G2112 U | Job Assignment Houseman | Date 12/6/23 |
|---|---|---|---|---|---|

**REQUEST**                                   Check here if this is an informal grievance ☒

I am writing this Requesting Protection from staff and Inmates at Jackson Correctional Institution the R.M.U. Program. I don't want to die at there hands again. like the First Time. On 10/28/23 and my face, broken teeth, Knocked out two teeth, slapped. I was Killed here that night, by two staff A2. I want Protection, because they did wrong. they sent me to Outside medical Care then to Res Hospital Pensacola Gen. Hospital. And from there take butlers Continement to heal up Before Coming back here.

    I need Protection before something happens to me. like being Killed again.

All requests will be handled in one of the following ways: 1) Written Information or 2) Personal Interview. All informal grievances will be responded to in writing.

Inmate (Signature): Ulysses Bailey III                    DC#: 533573
104-3312-J0220

—————————— DO NOT WRITE BELOW THIS LINE ——————————

**RESPONSE**                                   RECEIVED DEC 19 2023
           DATE RECEIVED: _____

Your grievance has been received, reviewed, and is being processed. This request for protection will be forwarded to a shift supervisor for review. In that alone, you may consider this approved.

[The following pertains to informal grievances only:
Based on the above information, your grievance is _Approved_ . (Returned, Denied, or Approved). If your informal grievance is denied, you have the right to submit a formal grievance in accordance with Chapter 33-103.006, F.A.C.]

Official (Print Name): _____    Official (Signature): MB Niver Sec    Date: 12/20/23

Original: Inmate (plus one copy)
CC: Retained by official responding or if the response is to an informal grievance then forward to be placed in inmate's file
This form is also used to file informal grievances in accordance with Rule 33-103.005, Florida Administrative Code.

Informal Grievances and Inmate Requests will be responded to within 15 days, following receipt by staff.
You may obtain further administrative review of your complaint by obtaining form DC1-303, Request for Administrative Remedy or Appeal, completing the form as required by Rule 33-103.006, F.A.C., attaching a copy of your informal grievance and response, and forwarding your complaint to the warden or assistant warden no later than 15 days after the grievance is responded to. If the 15th day falls on a weekend or holiday, the due date shall be the next regular work day.

DC6-236 (Effective 11/18)

Incorporated by Reference in Rule 33-103.005, F.A.C.

**INMATE REQUEST**

**STATE OF FLORIDA
DEPARTMENT OF CORRECTIONS**

Mail Number: _____
Team Number: 4 _____
Institution: _Jackson C I_

| TO: (Check One) | ☐ Warden ☐ Asst. Warden | ☐ Classification ☐ Security | ☐ Medical ☐ Mental Health | ☐ Dental ☒ Other "Inspector" General |
|---|---|---|---|---|

| FROM: | Inmate Name Bailey, Ulysses | DC Number 535573 | Quarters G2L12u | Job Assignment Houseman | Date 12/16/23 |
|---|---|---|---|---|---|

**REQUEST**                    Check here if this is an informal grievance ☒

Could You Please Place me Under protection from the officers of Jackson C.I. they are trying to Kill me And are having Other Inmate Attack me And trying to Kill me could You Please do something before somebody Kills me Again   check Record of 10/28/23, when I was first Killed here And sent to Outside Hospital secretly. And hidden At lakebutler And sent back.
             Please do something about this please

All requests will be handled in one of the following ways: 1) Written Information or   2) Personal Interview. All informal grievances will be responded to in writing.

Inmate (Signature): _Ulysses Bailey_  DC#: 535573
104-23/26 0020
    Duplicate           **DO NOT WRITE BELOW THIS LINE**

**RESPONSE**                    RECEIVED DEC 19 2023
                               DATE RECEIVED: _____

See attached grievance response

[The following pertains to informal grievances only:]

Based on the above information, your grievance is _____. (Returned, Denied, or Approved). If your informal grievance is denied, you have the right to submit a formal grievance in accordance with Chapter 33-103.006, F.A.C.]

| Official (Print Name): | Official (Signature): | Date: |
|---|---|---|

Original: Inmate (plus one copy)
CC: Retained by official responding or if the response is to an informal grievance then forward to be placed in inmate's file
This form is also used to file informal grievances in accordance with Rule 33-103.005, Florida Administrative Code.

Informal Grievances and Inmate Requests will be responded to within 15 days, following receipt by staff.
You may obtain further administrative review of your complaint by obtaining form DC1-303, Request for Administrative Remedy or Appeal, completing the form as required by Rule 33-103.006, F.A.C., attaching a copy of your informal grievance and response, and forwarding your complaint to the warden or assistant warden no later than 15 days after the grievance is responded to. If the 15th day falls on a weekend or holiday, the due date shall be the next regular work day.

DC6-236 (Effective 11/18)

Incorporated by Reference in Rule 33-103.005, F.A.C.

**INMATE REQUEST**

**STATE OF FLORIDA
DEPARTMENT OF CORRECTIONS**

Mail Number: _____
Team Number: Jackson C I
Institution: Jackson C I

**TO:**
**(Check One)**

☐ Warden
☐ Asst. Warden
☐ Classification
☐ Security
☐ Medical
☐ Mental Health
☐ Dental
☒ Other "Prison Inspector"

| FROM: | Inmate Name Bailey, ulysses | DC Number 533573 | Quarters G2112U | Job Assignment Houseman | Date 12/16/23 |
|---|---|---|---|---|---|

**REQUEST**                                        Check here if this is an informal grievance ☒

Im writing this asking for protection from Staff memmebers of Jackson Correctional Institution.
    Im being beaten and they are putting other inmate up to trying to kill me. And any day one of the are going to could you please place me somewhere safe from Staff, and inmate. Please Before someone kills me again. Like the first time On 10/28/23 when I was killed and sent to outside Hospital and Hidden in lakebutters, then Confinement. Then Returned here, ware they are still singing Inmates at me. I need Protection.

All requests will be handled in one of the following ways: 1) Written Information or   2) Personal Interview. All informal grievances will be responded to in writing.

| Inmate (Signature): Ulysses Bailey | DC#: 533-93 |
|---|---|
104 - 93/3/6220
        Duplicate                        **DO NOT WRITE BELOW THIS LINE**

**RESPONSE**                              DATE RECEIVED:    RECEIVED DEC 19 2023

              I'm  attached  grievance  response

[The following pertains to informal grievances only:]

Based on the above information, your grievance is _____ (Returned, Denied, or Approved). If your informal grievance is denied, you have the right to submit a formal grievance in accordance with Chapter 33-103.006, F.A.C.]

| Official (Print Name): | Official (Signature): | Date: |
|---|---|---|

Original: Inmate (plus one copy)
CC: Retained by official responding or if the response is to an informal grievance then forward to be placed in inmate's file
This form is also used to file informal grievances in accordance with Rule 33-103.005, Florida Administrative Code.

Informal Grievances and Inmate Requests will be responded to within 15 days, following receipt by staff.
You may obtain further administrative review of your complaint by obtaining form DC1-303, Request for Administrative Remedy or Appeal, completing the form as required by Rule 33-103.006, F.A.C., attaching a copy of your informal grievance and response, and forwarding your complaint to the warden or assistant warden no later than 15 days after the grievance is responded to. If the 15th day falls on a weekend or holiday, the due date shall be the next regular work day.

DC6-236 (Effective 11/18)

Incorporated by Reference in Rule 33-103.005, F.A.C.

MAILED/FILED
WITH AGENCY CLERK

MAR 13 2024

Department of Corrections
Bureau of Inmate Grievance Appeals

**PART B - RESPONSE**

| BAILEY, ULYSSES | 533573 | 24-6-07310 | JACKSON C.I. | H2121S |
|---|---|---|---|---|
| NAME | NUMBER | GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

Your appeal has been reviewed and evaluated. The issue of your complaint has been referred to the Office of the Inspector General for appropriate action. Upon completion of necessary action, information will be provided to appropriate administrators for final determination and handling. This may or may not result in a personal interview with you.

Upon receipt of this response, if you are within the allowable time frames for processing a grievance, you may resubmit your grievance at your current location at the appropriate level in compliance with Chapter 33-103, Inmate Grievance Procedure.

Based on the foregoing information, your appeal is returned without action.

A. JOHNS

_A. Johns_                                      3/1/24

| SIGNATURE AND TYPED OR PRINTED NAME OF EMPLOYEE RESPONDING | SIGNATURE OF WARDEN, ASST. WARDEN, OR SECRETARY'S REPRESENTATIVE | DATE |

**FLORIDA DEPARTMENT OF CORRECTIONS**

**REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL**

RECEIVED

MAR 01 2024

Department of Corrections
Inmate Grievance Appeals

☐ **Third Party Grievance Alleging Sexual Abuse**

TO: ☐ Warden    ☐ Assistant Warden    ☒ Secretary, Florida Department of Corrections

From or **IF Alleging Sexual Abuse**, on the behalf of:

Bailey        Ulysses                    533573         Jackson Correctional Inst.
Last    First    Middle Initial          DC Number       Institution
                                                          24-6-07310

---

### Part A – Inmate Grievance

I Am writing this Grievance Alleging the Abuse at the hands of the correctional officers of Jackson Correctional Institution. Back In 10/28/2023, I have not Gotten back my other Grievances to fully Exhaustions of Administrative Remedies, which The Prison Litigation Reform Act requires prisoners to do before bringing a case 42 U.S.C. § 1997 e(a). None of my Grievances from the Warden and I.G's office are Returning, Only the First 3 or 4 that were approved were returned to me, And I have been placed back In confinement time and time again without the help I have been ask for from the start.

These officer [crossed out] beat and killed me, brought me back to life, then sent me to two diffrent Hospitals, Broke my eye socket and Jaw, Knocked out all my front teeth and Are Getting away with it. Its been months and No Prison Inspector or I.G. has come and seen me.

Ive writen to Everyone, Nothing is happening. This is my 3rd Grievance. If this One doesn't come back Im moving On.

This cover up should Not be happening In the United State of America. It wrong and One day it gonna come to the Light.

Department of Corrections can't keep Getting away with this for long. Im going to Get my day in Court and all will be reveled.

2/14/24
DATE

Ulysses Bailey 533573
SIGNATURE OF GRIEVANT AND D.C. #

**\*BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS:**

1  Ulysses Bailey
#    Signature

---

**INSTRUCTIONS**

This form is used for filing a formal grievance at the institution or facility level as well as for filing appeals to the Office of the Secretary in accordance with Rule 33-103.006, Florida Administrative Code. When an appeal is made to the Secretary, a copy of the initial response to the grievance must be attached (except as stated below).

When the inmate feels that he may be adversely affected by the submission of a grievance at the institutional level because of the nature of the grievance, or is entitled by Chapter 33-103 to file a direct grievance he may address his grievance directly to the Secretary's Office. The grievance may be sealed in the envelope by the inmate and processed postage free through routine institutional channels. The inmate must indicate a valid reason for not initially bringing his grievance to the attention of the institution. If the inmate does not provide a valid reason or if the Secretary or his designated representative determines that the reason supplied is not adequate, the grievance will be returned to the inmate for processing at the institutional level pursuant to F.A.C. 33-103.007 (6)(d).

Receipt for Appeals Being Forwarded to Central Office

10a 1643

Submitted by the inmate on: _____    Institutional Mailing Log #: _____
                            (Date)                                              (Received By)

DISTRIBUTION:   INSTITUTION/FACILITY          CENTRAL OFFICE
                INMATE (2 Copies)             INMATE
                INMATE'S FILE                 INMATE'S FILE - INSTITUTION/FACILITY
                INSTITUTIONAL GRIEVANCE FILE  CENTRAL OFFICE INMATE FILE
                                              CENTRAL OFFICE GRIEVANCE FILE

DC1-303 (Effective 11/13)          Incorporated by Reference in Rule 33-103.006, F.A.C.

APR 0 3 2024

**PART B - RESPONSE**

| **BAILEY, ULYSSES** | **533573** | **24-6-09570** | **JACKSON C.I.** | H2121S |
|---|---|---|---|---|
| NAME | NUMBER | GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

Your appeal has been reviewed and evaluated. The subject of your grievance was previously referred to the Office of the Inspector General. It is the responsibility of that office to determine the amount and type of inquiry that will be conducted. This inquiry/review may or may not include a personal interview with you. Upon completion of this review, information will be provided to appropriate administrators for final determination and handling.

Upon receipt of this response, if you are within the allowable time frames for processing a grievance, you may resubmit your grievance at your current location in compliance with Chapter 33-103, Inmate Grievance Procedure.

Based on the foregoing information, your appeal is returned without action.

A. JOHNS

_A. Johns_                                    3-27-24

| SIGNATURE AND TYPED OR PRINTED NAME OF EMPLOYEE RESPONDING | SIGNATURE OF WARDEN, ASST. WARDEN, OR SECRETARY'S REPRESENTATIVE | DATE |
|---|---|---|

**FLORIDA DEPARTMENT OF CORRECTIONS**

REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL

```
┌─────────────────┐
│    RECEIVED     │
│                 │
│   MAR 25 2024   │
│                 │
│ Department of Corrections │
│ Inmate Grievance Appeals  │
└─────────────────┘
```

☐ **Third Party Grievance Alleging Sexual Abuse**

TO: ☐ Warden    ☐ Assistant Warden    ☒ Secretary, Florida Department of Corrections

From or **IF Alleging Sexual Abuse**, on the behalf of:

Bailey , Ulysses          533573          Jacksun Correction Inst.

Last / First / Middle Initial          DC Number          Institution

---

Part A – Inmate Grievance          24-6-09570

I am still being beaten at Jackson Correctional Institution by the same officers that beat and killed me On 10/28/23, I'm in Confinement beaten and sprade with an stream of OC Chemical Agents, beaten and told not to keep reporting this because there is nothing anyone can do for you in here No matter who you tell. You have know idea where you are, this is our world, your family cant save you. No matter how many times they call the tip line. We killed you once and we will do it again. how you lived through it is Of God.

All this from Lt. B Gonzalez as she spraded me and laugh at me. She followed me all that morning to breakfast. And had Office. I. Gonzalez write and deliver the DR. 6-1 Disobeying a Verbal or Written Order. I was not given Allowed to enter the Detention chow hall to eat, she waited till I was out of sight of any video recording before they attacked me.

I have been asking for help for months but sent out a number of Grievance and not had my family calling On my well being. No one is helping me.

I can Only take so much, I'm at my last End, I can Only stand my Ground, I'm not going to keep takin these beatings; Who are not trying to help me at all it would seem Mr. R Jahns So this is also my last will and testement aswell so my family know what to do after my death.

I refuse to die like this at the hands of the Department of Correctional Institute, Justice will be serviced.

3/13/24          [signature] 5.33573

DATE          SIGNATURE OF GRIEVANT AND D.C. #

---

*BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS:

☒  1  [signature]

#          Signature

---

**INSTRUCTIONS**

This form is used for filing a formal grievance at the institution or facility level as well as for filing appeals to the Office of the Secretary in accordance with Rule 33-103.006, Florida Administrative Code. When an appeal is made to the Secretary, a copy of the initial response to the grievance must be attached (except as stated below).

When the inmate feels that he may be adversely affected by the submission of a grievance at the institutional level because of the nature of the grievance, or is entitled by Chapter 33-103 to file a direct grievance he may address his grievance directly to the Secretary's Office. The grievance may be sealed in the envelope by the inmate and processed postage free through routine institutional channels. The inmate must indicate a valid reason for not initially bringing his grievance to the attention of the institution. If the inmate does not provide a valid reason or if the Secretary or his designated representative determines that the reason supplied is not adequate, the grievance will be returned to the inmate for processing at the institutional level pursuant to F.A.C. 33-103.007 (6)(d).

Receipt for Appeals Being Forwarded to Central Office

Submitted by the inmate on: _____          Institutional Mailing Log #: _____
                              (Date)

104 Lt

(Received By)

Gonzalez
104

---

DISTRIBUTION:    INSTITUTION/FACILITY          CENTRAL OFFICE
                 INMATE (2 Copies)             INMATE
                 INMATE'S FILE                 INMATE'S FILE - INSTITUTION/FACILITY
                 INSTITUTIONAL GRIEVANCE FILE  CENTRAL OFFICE INMATE FILE
                                               CENTRAL OFFICE GRIEVANCE FILE

DC1-303 (Effective 11/13)          Incorporated by Reference in Rule 33-103.006, F.A.C.

APR 05 2024

**PART B - RESPONSE**

| BAILEY, ULYSSES | 533573 | 24-6-09522 | JACKSON C.I. | H2121S |
|---|---|---|---|---|
| NAME | NUMBER | GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

Your request for administrative appeal is in non-compliance with the Rules of the Department of Corrections, Chapter 33-103, Inmate Grievance Procedure. The rule requires that you first submit your grievance at the appropriate level at the institution. You have not done so, or you have not provided this office with a copy of that grievance, nor have you provided a valid or acceptable reason for not following the rules.

If you fear another inmate, contact the shift officer in charge for immediate action.

Furthermore, if you fear staff, you need to file an informal to the Colonel. The Colonel should have the opportunity to address these issues regarding staff at the institution.

When making allegations of staff misconduct, you need to provide all pertinent information, such as names, dates, times, places, and specific details, for a proper review.

Upon receipt of this response, if you are within the allowable time frames for processing a grievance, you may resubmit your grievance at your current location in compliance with Chapter 33-103, Inmate Grievance Procedure.

Based on the foregoing information, your grievance is returned without action.

A. JOHNS

*A. Johns*

3-27-24

| SIGNATURE AND TYPED OR PRINTED NAME OF EMPLOYEE RESPONDING | SIGNATURE OF WARDEN, ASST. WARDEN, OR SECRETARY'S REPRESENTATIVE | DATE |
|---|---|---|

**FLORIDA DEPARTMENT OF CORRECTIONS**

**REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL**

RECEIVED

MAR 25 2024

Department of Corrections
Department of Corrections

☐ **Third Party Grievance Alleging Sexual Abuse**

TO: ☐ Warden    ☐ Assistant Warden    ☒ Secretary, Florida Department of Corrections
From or **IF Alleging Sexual Abuse**, on the behalf of:

_Bailey  Ulysses_  _533573_  _Jackson Correctional Inc._
Last    First    Middle Initial    DC Number    Institution

Part A – Inmate Grievance    24-6-09522

I am writing this Grievance again asking for help
from Secretary and I.G. office.
    Why are you still not sending the help you F.O.P.
say you are supposed to do.
    I officers of Jackson Correctional Institution are
Using Inmates to get other Inmate. In line. The call
it police inmarcettes. were. They get the loans to stab
and beat other Inmates.
    They have been sending Inmate to suppase "Get
me in Uline" Ever sense I have been reporting the
Abuse from the hands of other officers.
    I am at my last with Enc. I did everything I
could to protect myself by law, I have reported these
action to tip lines, had my family report to tip lines
asking for help.
    I have keep all the Abuse Grievances and sent them
home so my family can show the courts why I did what
is coming next. I am tired of being beaten and sent
to the hospital by officers and Inmates.
    And the state correctional officers are behind these
Actions. If I live though this, I am going to call sue
for there actions. I have an lungpaper trail and
I have been reporting it all,
    I can only stand my ground at this point,

_3/22/24_    _[signature]_
DATE    SIGNATURE OF GRIEVANT AND D.C. #

***BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS:**

_1_    _[signature]_
#    Signature

---

INSTRUCTIONS

This form is used for filing a formal grievance at the institution or facility level as well as for filing appeals to the Office of the Secretary in accordance with Rule 33-103.006, Florida Administrative Code. When an appeal is made to the Secretary, a copy of the initial response to the grievance must be attached (except as stated below).

When the inmate feels that he may be adversely affected by the submission of a grievance at the institutional level because of the nature of the grievance, or is entitled by Chapter 33-103 to file a direct grievance he may address his grievance directly to the Secretary's Office. The grievance may be sealed in the envelope by the inmate and processed postage free through routine institutional channels. The inmate must indicate a valid reason for not initially bringing his grievance to the attention of the institution. If the inmate does not provide a valid reason or if the Secretary or his designated representative determines that the reason supplied is not adequate, the grievance will be returned to the inmate for processing at the institutional level pursuant to F.A.C. 33-103.007 (6)(d).

Receipt for Appeals Being Forwarded to Central Office

Submitted by the inmate on: _____    Institutional Mailing Log #: _____    _13, 104_
            (Date)                                                        (Received By)

| DISTRIBUTION: | INSTITUTION/FACILITY | CENTRAL OFFICE |
|---|---|---|
| | INMATE (2 Copies) | INMATE |
| | INMATE'S FILE | INMATE'S FILE - INSTITUTION./FACILITY |
| | INSTITUTIONAL GRIEVANCE FILE | CENTRAL OFFICE INMATE FILE |
| | | CENTRAL OFFICE GRIEVANCE FILE |

DC1-303 (Effective 11/13)    Incorporated by Reference in Rule 33-103.006, F.A.C.

**PART C - RECEIPT (TO BE COMPLETED BY DC STAFF)**

H21215

RETURN TO:

| **BAILEY, ULYSSES** | **533573** | **24-6-07310** | **JACKSON C.I.** | E4101U |
|---|---|---|---|---|
| NAME | NUMBER | GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

I ACKNOWLEDGE RECEIPT THIS DATE OF A GRIEVANCE FROM THE ABOVE INMATE IN REGARD TO THE FOLLOWING SUBJECT:

10 (COMP AGAINST STAFF)

| **3/1/24** | **24-6-07310** |
|---|---|
| DATE | GRIEVANCE LOG NUMBER |

ULYSSES BAILEY III D.C. # 5
Jackson Correctional Institution
5563 10th Street
Malone, Florida 32445-3144

Mailed from a State Correctional Institution




US POSTAGE PITNEY BOWES

ZIP 32445    $ 00.00
02 4N
0000380860 MAY. 06. 2024



Clerk, U.S. District Court
One North Palafox Street
Pensacola, Florida 32502-5658